Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
October 03, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN THE MATTER OF )
)
THE EXTRADITION OF ) Misc. No. ____ **4:23-mj-2003**
)
DARWIN FRIAS ROSARIO )

COMPLAINT
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligations to the Kingdom of Spain ("Spain").

2. There is an extradition treaty in force between the United States and Spain. *See* Treaty of Extradition Between the United States of America and Spain, U.S.-Spain, May 29, 1970, 22 U.S.T. 737; *as amended by* the Supplementary Treaty Amending the Treaty of May 29, 1970, U.S.-Spain, Jan. 25, 1975, 29 U.S.T. 2283; the Second Supplementary Extradition Treaty Between the United States of America and the Kingdom of Spain, U.S.-Spain, Feb. 9, 1988, S. TREATY DOC. NO. 102-24 (1992); the Third Supplementary Extradition Treaty Between the United States of America and the Kingdom of Spain, U.S.-Spain, Mar. 12, 1996, S. TREATY DOC. NO. 105-15 (1997); and the Instrument as contemplated by Article 3(2) of the Agreement on Extradition Between the United States of America and the European Union signed 25 June 2003, as to the application of the Treaty on Extradition Between the United States of America and Spain signed 29 May 1970, and the Supplementary Treaties on Extradition signed 25 January 1975, 9 February 1988 and 12 March 1996, U.S.-Spain, Dec. 17, 2004, S. TREATY DOC. NO. 109-14 (2006) (together, the "Treaty").

3.  The Treaty provides, in Article XI, for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4.  In accordance with Article XI of the Treaty, Spain has asked the United States for the provisional arrest of Dominican Republic citizen Darwin FRIAS ROSARIO (FRIAS or the "fugitive"), with a view toward his extradition.

5.  According to the information Spain has provided, FRIAS is accused of (1) robbery with violence using firearms and in an inhabited house, in violation of Article 242 of the Spanish Criminal Code; and (2) participation in a criminal group, in violation of Article 570 ter of the Spanish Criminal Code.

6.  These offenses were committed within the jurisdiction of Spain. On June 16, 2023, Leonardo Álvarez Pérez, Senior Judge of Examining Magistrates' Court Number One of Ourense, Spain, a judicial officer authorized by Spanish law to issue warrants of arrest, issued a warrant in Spain for FRIAS's arrest for these offenses. The warrant remains valid and enforceable.

7.  Spain's request presents the following information as the basis for the complaint and arrest warrant:

    a.  On March 14, 2023, Victim 1 and Victim 2 reported to Spanish police that, the previous night (March 13, 2023), they were the victims of an armed robbery at their home in Ourense, Spain (the "Victims' House"), where Victim 2 ran a jewelry business. Specifically, in a statement to the police on March 14, 2023, Victim 1 stated, among other things, that, on March 13, 2023, at approximately 10:30 p.m., while parking her car at the Victims' House, she observed a man walking on the street toward the house. As the man approached the house,

2

Victim 1 saw his face through the fence. The man then approached her, drew a silver-colored handgun from his jacket pocket, and threatened her. The man forced her to open the door to the Victims' House, where she was then thrown to the floor and bound. Likewise, in statements to the police on March 14, 2023, and March 23, 2023, Victim 2 stated that, on March 13, 2023, he arrived at the Victims' House at approximately 10:45 p.m., and, while approaching the main entrance, saw Victim 1 bound and lying on the floor by the entry hall. He was then approached by two individuals dressed in black and wearing ski masks and gloves, who, threatening him with a gun, forced him to enter the house and lie on the ground near Victim 1. Victim 2 then was beaten, bound, and gagged. Victim 2 further reported to the police that the perpetrators of the robbery stole from the Victims' House approximately EUR 10,200, as well as items with a total approximate value of EUR 143,200, including approximately 280 watches, 400 sterling silver chains, 30 sterling silver bars, and 100 gold rings.

    b. The Spanish police conducted various investigative activities, including collecting items left behind by the perpetrators at the scene of the crime. Among other items, Spanish authorities recovered a black baseball cap of the brand name FILA that was left by the perpetrators at the crime scene.

    c. On March 15, 2023, police obtained a witness statement from J.R.R., who reported that, on March 6, 2023, at approximately 6:50 p.m.—around one week prior to the robbery—he was on the street where the Victims' House was located when he observed two men in a Renault Megane vehicle with registration number 1734CLR, who quickly drove away when they noticed him looking at them. The police determined that the Renault Megane vehicle with registration number 1734CLR belonged to a former roommate of FRIAS's. Spanish police also conducted a photographic lineup proceeding with J.R.R. J.R.R. identified FRIAS from a

photographic array as one of the men he saw on March 6, 2023, near the Victims' House.

    d. Spanish police obtained a witness statement from FRIAS's then-girlfriend, J.R.L. J.R.L. told the police that FRIAS did not sleep at home the night of March 13, 2023 (the night of the armed robbery). Spanish police showed J.R.L. a photograph of the black FILA baseball cap left behind by the perpetrators at the Victims' House. J.R.L. told the police that FRIAS had a baseball cap with the same characteristics as the one shown to her, and that she "did not see it again" since the day of the robbery.

    e. Spanish police further obtained video surveillance footage from security cameras located at a casino in Ourense from earlier on the day of the robbery. Spanish police determined that the surveillance footage depicted FRIAS, on March 13, 2023, at approximately 5 p.m., wearing a black FILA baseball cap that matched the baseball cap left behind by the robbers at the Victims' House.

    f. FRIAS's then-girlfriend, J.R.L., also provided to Spanish police the cell phone number FRIAS was using at the time. Spanish police obtained telephone records from the telecommunications company Digi Mobil that confirmed that FRIAS was the user of that phone number ("FRIAS's Phone Number"). The police then obtained geolocation data for FRIAS's Phone Number. The geolocation data revealed that, on March 13, 2023, between approximately 10:15 p.m. and 11:05 p.m.—around the time of the armed robbery—a cell phone device associated with FRIAS's Phone Number was located at or near the Victims' House. The geolocation data further revealed that a cell phone device associated with FRIAS's Phone Number was also located near the Victims' House on March 6, 2023, at around the same time FRIAS was observed in that location by witness J.R.R.

    g. In addition, phone records, geolocation data, and other evidence obtained by

4

Spanish authorities revealed various interactions between FRIAS and certain of his associates around the time of the robbery and leading up to it. For example:

1. Spanish police determined that the surveillance footage the police obtained from the casino in Ourense showed that FRIAS was accompanied by Manuel Alberto Dionicio Diaz (Dionicio) at approximately 5:38 p.m. on March 13, 2023, the evening of the robbery.

2. Phone records and geolocation data obtained by the police further indicated that, earlier that day, Dionicio traveled with Kelvin Peñalo (Peñalo) from the residence of Limbert Joan Green Luis (Green) in Pontevedra, Spain, to the residence of Jose Alberto de la Cruz Martinez (De La Cruz) in Ourense. Geolocation data obtained by the police indicated that FRIAS was subsequently with Dionicio and Peñalo at De La Cruz's residence in Ourense between 3:55 p.m. and 4:18 p.m. on March 13, 2023.

3. Moreover, phone records obtained by the police showed that, at approximately 9:56 p.m. on March 13, 2023, shortly before the robbery, Peñalo called FRIAS's Phone Number. Geolocation data revealed that, on March 13, 2023, a cell phone device associated with Peñalo's phone number was located at or near the Victims' House.

4. Spanish police also obtained phone records and geolocation data showing that, on March 6, 2023, at approximately 6:50 p.m.—around the time J.R.R. observed FRIAS and another man near the Victims' House—a cell phone device associated with De La Cruz's phone

5

number was located near the Victims' House.

    5.    Phone records and geolocation data obtained by the police additionally indicated that Green, Dionicio, and Peñalo made several trips to Ourense between March 11, 2023, and March 14, 2023, and that they were in the vicinity of the Victims' House on March 11 and March 12, 2023—the two days before the robbery.

h. Spanish police obtained a witness statement from De La Cruz's girlfriend, Y.J.P., who told police that, on March 13, 2023, she was in De La Cruz's kitchen at his house when he arrived with four or five other men, and that, between 9 p.m. and 10 p.m., the men all left the house together carrying backpacks. Spanish police conducted a photographic lineup proceeding with Y.J.P. Y.J.P. identified FRIAS from a photographic array as one of the men she saw on March 13, 2023, with De La Cruz. Y.J.P. also identified from a photographic array Green, Dionicio, and Peñalo as the men she saw with De La Cruz on March 13, 2023.

i. Spanish police conducted searches of the homes of De La Cruz, Green, and two other individuals the police believed to be associated with a criminal group led by Green and De La Cruz—namely, Álvaro Miguel Dos Santos Barbosa (Dos Santos) and Kelvin Omedis Tejada Duverge (Tejada). Among other things, the police found the following:

    1.    In a search of De La Cruz's home, police found a mobile device. On the device, police found a video, as well as a photo of several watches, chains, and silver bars. Police then showed the video and photo to Victim 2, who identified the items depicted therein as some of the items stolen from the Victims' House on March 13, 2023.

    2.    In a search of Green's home, police found EUR 2,000 in cash, as

6

    well as two watches with similar characteristics to some of the watches Victim 2 reported to police were stolen from the Victims' House on March 13, 2023.

  3. In a search of Dos Santos's home, police found, among other things, four ski masks, a silver and black handgun, and a gun charger containing seven bullets.

  4. In a search of Tejada's home, police found EUR 3,520 and USD 500 in cash, as well as seven watches with similar characteristics to some of the watches Victim 2 reported to police were stolen from the Victims' House on March 13, 2023.

 j. Based on the investigation, Spanish police searched their databases and located a photograph of FRIAS from a prior arrest on December 18, 2017, in connection with a robbery. Subsequently, during a March 29, 2023, interview with Victim 1, the police conducted a photographic lineup with Victim 1 using the photograph of FRIAS. Victim 1 identified FRIAS from a photographic array as the man who approached her outside her house and forced her to open the door to her house while threatening her with a gun, and who was part of the group of perpetrators that robbed her home on March 13, 2023. Specifically, upon being shown the photographic lineup, Victim 1 stated as follows: "[W]hen I saw photograph number 11 (eleven) [depicting FRIAS] it gave me the same pang as when I hear a noise at night and I thought, it's him. I recognize photograph number 11 (eleven) as the person who came walking barefaced and broke into my house, showed me a pistol and forced me to enter the house and lie on the ground." Victim 1 also identified Dionicio from a photographic array as another one of the men that robbed her house on March 13, 2023. Victim 1 further indicated to police in her March 14,

7

2023, statement that, during the robbery, Dionicio kept an eye on Victim 1 and Victim 2 while FRIAS and the other perpetrators searched the house for valuables.

  k. Police also showed Victim 1 a photograph of the handgun found in Dos Santos's home. Victim 1 told police she recognized the gun and that, due to its silver color and the shape of the cannon, she believed that it was the gun FRIAS used to threaten her and force her into her house on March 13, 2023.

  8. Article II of the Treaty covers the offenses of which FRIAS is accused.

  9. FRIAS may be found within the jurisdiction of this Court. FRIAS is currently detained by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, at the Joe Corley Processing Center in Conroe, Texas.

  10. Spain has represented that it will submit a formal request for extradition, supported by the documents the Treaty specifies and within the time the Treaty requires.

WHEREFORE, the undersigned requests that a warrant for FRIAS's arrest be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Spain, so that the fugitive may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

_____
Jay Hileman
Assistant United States Attorney

Sworn to before me and subscribed by telephone this 3rd day of October, 2023, at Houston, TX and I find probable cause.

_____
Sam S. Sheldon
United States Magistrate Judge